IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL GRACE, *et al.*,

    Plaintiffs,

v.

ALASKA AIR GROUP, INC., and ALASKA AIRLINES, INC.,

    Defendants.

No. C 16-05165 WHA

**NOTICE RE HEARING ON MOTION FOR PRELIMINARY INJUNCTION**

At the hearing on Wednesday, both sides shall please be prepared to discuss whether any decision has enjoined a merger before the Department of Justice, Federal Trade Commission, or other relevant agency has completed its review of the transaction.

Dated: October 17, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE