IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GRACE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALASKA AIR GROUP, INC., *et al.*, <br><br> Defendants. | No. C 16-05165 WHA <br><br> **ORDER FOLLOWING HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

The Court has taken plaintiffs' motion for a preliminary injunction under submission and continues to work on it. Meanwhile, we will plan to have a trial on the merits as soon as the Department of Justice makes its decision on the merger. As stated at the hearing, counsel for both parties shall please meet and confer to agree upon an expedited schedule that includes a trial date in December of this year. Counsel shall please submit a proposed schedule by **FRIDAY, OCTOBER 21 AT NOON**.

**IT IS SO ORDERED.**

Dated: October 19, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE