United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GRACE, *et al.*, | No. C 16-05165 WHA |
| Plaintiffs, | |
| v. | |
| ALASKA AIR GROUP, INC., and ALASKA AIRLINES, INC., | **ORDER RE CLOSING MERGER** |
| Defendants. | |

Before the merger is consummated, defendants are ordered to give the Court and plaintiffs at least **SEVEN CALENDAR DAYS NOTICE**. At all events, any consummation will be subject to divestiture.

**IT IS SO ORDERED.**

Dated: October 20, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE