**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Daniel Grace, et al <br><br> Plaintiff(s), <br><br> v. <br><br> Alaska Air Group, Inc. et al <br><br> Defendant(s). | Case No: 3:16-cv-05165-WHA <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, William H. Stallings, an active member in good standing of the bar of District of Columbia Court of Appeals, hereby respectfully apply for admission to practice ***pro hac vice*** in the Northern District of California representing: Virgin America Inc. in the above-entitled action. My local co-counsel in this case is Christopher Kelly, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: <br> Mayer Brown LLP <br> 1999 K Street NW <br> Washington, DC 20006 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: <br> Mayer Brown LLP <br> Two Palo Alto Square, Suite 300 <br> 3000 El Camino Real <br> Palo Alto, CA 94306 |
|---|---|
| MY TELEPHONE # OF RECORD: <br> 202-263-3807 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: <br> 650-331-2025 |
| MY EMAIL ADDRESS OF RECORD: <br> wstallings@mayerbrown.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: <br> cjkelly@mayerbrown.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 444924.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 10/24/2016

/s/ William H. Stallings
APPLICANT
William H. Stallings

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of William Stallings is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance ***pro hac vice***. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 28, 2016.

UNITED STATES DISTRICT JUDGE William Alsup