UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GRACE, *et al.*, | Case No: 3:16-cv-05165 WHA |
| Plaintiff(s), | |
| v. | **APPLICATION FOR ADMISSION OF ATTORNEY** ***PRO HAC VICE*** |
| ALASKA AIR GROUP, INC., *et al.*, | (CIVIL LOCAL RULE 11-3) |
| Defendant(s). | |

I, Gil D. Messina, an active member in good standing of the bar of the Supreme Court of the State of New Jersey, the highest court of the State of New Jersey, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing the plaintiffs in the above-entitled action. My local co-counsel in this case is Joseph M. Alioto, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 961 Holmdel Rd. | One Sansome St., 35th Floor |
| Holmdel, NJ 07733 | San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (732) 332-9300 | (415) 434-8900 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| gmessina@messinalawfirm.com | jmalioto@aliotolaw.com |

I am an active member in good standing of the bar of the Supreme Court of New Jersey, the highest court of the State of New Jersey, as indicated above; my bar number is: 029661978.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the

Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/15/16

Gil D. Messina, APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Gil D. Messina is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 28, 2016.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER