IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL GRACE, *et al.*,

        Plaintiffs,

  v.

ALASKA AIR GROUP, INC., and
ALASKA AIRLINES, INC.,

        Defendants.

No. C 16-05165 WHA

**ORDER RE PROPOSED SCHEDULES AND REQUEST FOR RESPONSE**

The parties met and conferred to agree on a schedule for an expedited trial to occur in December. The parties submitted a stipulation proposing two alternative schedules, with defendants proposing a trial to begin on December 6 and plaintiffs proposing December 12. The trial is hereby scheduled for **DECEMBER 12, 2016**, and the duration of the trial will be set at the final pretrial conference.

Plaintiffs proposed a series of dates keyed to the December 12 trial date, however, those dates do not align with the Court's practices. Specifically, the final pretrial conference shall be scheduled for **WEDNESDAY, DECEMBER 7 AT 1:00 P.M.** The parties shall please further meet and confer to propose a *single* schedule that includes the above-mentioned dates that gives the Court enough time to review any pretrial filings before the pretrial conference. Additionally, the parties' shall not be permitted to stipulate around any schedule ultimately adopted without a further Court order. Please submit a proposed order by **NOVEMBER 8 AT NOON**.

**IT IS SO ORDERED.**

Dated: November 2, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE