**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL GRACE, *et al.*,

    Plaintiffs,

  v.

ALASKA AIR GROUP, INC., and
ALASKA AIRLINES, INC.,

    Defendants.

No. C 16-05165 WHA

**ORDER APPROVING PROPOSED SCHEDULING ORDER**

The parties' proposed scheduling order is **APPROVED**, including defendant's proposed deadline to respond to written discovery requests. Plaintiffs' objections to the compressed schedule are noted, but plaintiffs offered no workable solution.

**IT IS SO ORDERED.**

Dated: November 10, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE