IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GRACE, *et al.*, | No. C 16-05165 WHA |
| Plaintiffs, | |
| v. | |
| ALASKA AIR GROUP, INC., and ALASKA AIRLINES, INC., | **FURTHER REQUEST RE DISCOVERY DISPUTE** |
| Defendants. | |

By **WEDNESDAY, NOVEMBER 16 AT NOON**, plaintiffs' counsel shall submit a specific offer of proof detailing what they expect to prove through the deposition of Donald J. Carty. (Plaintiffs' letter is *not* an offer of proof but merely a list of general subjects on which he might have knowledge.) Defendants may respond within twenty-four hours.

With their response, defendants shall please also provide an update as to when they expect the Department of Justice to make a decision regarding this merger.

**IT IS SO ORDERED.**

Dated: November 14, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE