IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GRACE, *et al.*,<br><br>　　　Plaintiffs,<br><br>　v.<br><br>ALASKA AIR GROUP, INC., and<br>ALASKA AIRLINES, INC.,<br><br>　　　Defendants.<br>———————————————————/ | No. C 16-05165 WHA<br><br>**FURTHER REQUEST FOR RESPONSE** |

　　By noon today, plaintiffs' counsel may respond to the letter submitted by Mayer Brown.

　　**IT IS SO ORDERED.**

Dated: November 18, 2016.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE