IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DANIEL GRACE, *et al.*, | No. C 16-05165 WHA |
| Plaintiffs, | |
| v. | **ORDER RE DISCOVERY DISPUTE** |
| ALASKA AIR GROUP, INC., *et al.*, | |
| Defendants. | |

Plaintiffs' counsel may depose Donald Carty for three hours with one 15-minute break at a time and place of Mr. Carty's choosing on or before **DECEMBER 2**. If the time and place are not specified by **NOVEMBER 22 AT NOON** then the Court will set the deposition.

This deposition shall not be an excuse in and of itself to claim more documents are needed. The Court has been led to believe counsel can conduct the deposition with the documents already in hand. If this is untrue, then the deposition will be cancelled.

The request to depose Evan Lovell is **DENIED**.

**IT IS SO ORDERED.**

Dated: November 18, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE