UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL GRACE, et al.,

                 Plaintiff(s),

   v.

ALASKA AIR GROUP, INC., et al.

                 Defendant(s).

Case No: 3:16-cv-05165-WHA

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Courtney C. Byrd, an active member in good standing of the bar of District of Columbia Court of Appeals, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Alaska Air Group, Inc. and Alaska Airlines, Inc. in the above-entitled action. My local co-counsel in this case is Kenneth R. O'Rourke, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1625 Eye Street, NW<br>Washington, DC  20006 | 400 South Hope Street, 18th Floor<br>Los Angeles, CA  90071 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 383-5300 | (213) 430-6000 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| cbyrd@omm.com | korourke@omm.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 999175.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated:  11/21/16

                                  /s/ Courtney C. Byrd
                                      APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Courtney C. Byrd is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  November 22, 2016.

                                  UNITED STATES DISTRICT/MAGISTRATE JUDGE