IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GRACE, *et al.*, | No. C 16-05165 WHA |
| Plaintiffs, | |
| v. | |
| ALASKA AIR GROUP, INC., *et al.*, | **NOTICE RE CLOSING AND REQUEST FOR RESPONSE** |
| Defendants. | |

In their letter dated November 17, defendant Alaska Air stated "Alaska believes that Department of Justice Review will likely be completed by the end of November" (Dkt. No. 51 at 3).  For the sake of clarity, the Court does *not* consider this response to constitute the one-week's notice required before defendants may close the merger.  That is, given that the end of November is just three days away, it is impossible for the parties to comply with the Court's order and close the transaction in November.

By **NOVEMBER 30 AT NOON**, defendants shall please update the Court on the status of the review by the Department of Justice.  This too, shall not constitute the one-week's notice required by the prior order.  By the same date, the parties shall please state the scheduled date for the deposition of Donald Carty.

**IT IS SO ORDERED.**

Dated: November 28, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE