IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL GRACE, *et al.*,

    Plaintiffs,

  v.

ALASKA AIR GROUP, INC., and
ALASKA AIRLINES, INC.,

    Defendants.

No. C 16-05165 WHA

**ORDER SETTING MANDATORY SETTLEMENT CONFERENCE AND CHANGING TIME OF PRETRIAL CONFERENCE**

All parties shall participate in a mandatory settlement conference with a magistrate judge to be determined, such conference to occur on the morning of the pretrial conference on December 7, starting as early as possible on that date.

Additionally, the pretrial conference is hereby rescheduled to begin at **12:30 P.M. ON DECEMBER 7.**

**IT IS SO ORDERED.**

Dated: November 29, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE