IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GRACE, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>ALASKA AIR GROUP, INC., and<br>ALASKA AIRLINES, INC.,<br><br>    Defendants.<br>_____/ | No. C 16-05165 WHA<br><br><br><br>**NOTICE RE PRETRIAL FILINGS** |

    Pursuant to the undersigned's Guidelines for Trial and Final Pretrial Conference in Civil Bench Cases, available at https://www.cand.uscourts.gov/whaorders, the parties proposed final pretrial order and motions *in limine* were due on November 30, seven calendar days prior to the pretrial conference, which is scheduled for **DECEMBER 7 AT 12:30 P.M.** To date, the parties have not filed *any* pretrial materials, so anything filed hereafter will be late.

Dated: December 1, 2016.

                                                  WILLIAM ALSUP<br>                                                UNITED STATES DISTRICT JUDGE