KENNETH R. O'ROURKE (S.B. #120144)
korourke@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

RICHARD PARKER (S.B. #62356)
BENJAMIN G. BRADSHAW (S.B. #189925)
rparker@omm.com
bbradshaw@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

Attorneys for Defendants
Alaska Air Group, Inc. and Alaska Airlines, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DANIEL GRACE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALASKA AIR GROUP, INC., et al., <br><br> Defendants. | Case No. 16-cv-05165-WHA <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MISCELLANEOUS ADMINISTRATIVE REQUEST FOR ENTRY OF EQUIPMENT INTO COURTROOM** <br><br> Hearing Date: December 12, 2016 <br> Time: 7:30 am. <br> Place: Courtroom 8, 19th Floor <br> Judge: Hon. William Alsup <br><br> Date of Filing: September 7, 2016 <br> Trial Date: December 12, 2016 |

IT IS HEREBY ORDERED that Defendants Alaska Air Group, Inc. and Alaska Airlines, Inc., their attorneys, and their consultants, Aquipt, shall be permitted to bring, use, and remove the following equipment for the purpose of showing documents and demonstratives at trial scheduled to begin on December 12, 2016 from 7:30 am to 1:00 pm daily:

1. Two (2) LCD projectors
2. One (1) large screen (approx. 7.5´ x 10´)
3. One (1) Elmo document camera
4. Eight (8) LCD Monitors
5. Two (2) laptops
6. Two (2) laser pointers/remotes
7. Two (2) tech tables
8. Projector and Elmo tables/stands
9. Thumb drives
10. VGA switches
11. Assorted cables, power cords and peripheral equipment for the projectors and presentation

IT IS FURTHER ORDERED that the parties, their attorneys, and their consultants may enter the courtroom starting at __2:00__ p.m. on Friday, December 9, 2016, to set up the aforementioned equipment in advance of trial.

Dated: __December 7__, 2016

_____
HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DEFTS.'
MISC. ADMIN. REQ. FOR ENTRY
OF EQUIPMENT INTO COURTROOM
CASE NO. 16-CV-05165-WHA

1