1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

**SAN FRANCISCO DIVISION**

11

DANIEL GRACE, et al.,

Case No. 16-cv-05165-WHA

12

Plaintiffs,

[PROPOSED] **ORDER OF DISMISSAL WITH PREJUDICE**

13

v.

14

ALASKA AIR GROUP, INC., et al.,

15

Defendants.

16
17
18
19
20
21
22
23
24
25
26
27
28

Having considered the stipulation for dismissal with prejudice of Plaintiffs Daniel Grace, et al. ("Plaintiffs") and Defendants Alaska Air Group, Inc., Alaska Airlines, Inc., and Virgin America Inc. (together, "Defendants") it is hereby ORDERED that the motion is GRANTED.

    1.    All claims for relief asserted by Plaintiffs against Defendants in this case are hereby dismissed with prejudice;

    2.    The parties having stipulated and consented, Magistrate Judge Laurel Beeler will retain jurisdiction over this action and parties for the purposes of enforcing the terms of the Confidential Settlement Agreement dated December 7, 2016, entered into by the parties; and

    3.    Each party to bear its own attorneys' fees, costs, and expenses.

So ORDERED and SIGNED this __9__ day of December, 2016.

By: _____

William H. Alsup
United States District Judge

[PROPOSED] ORDER OF DISMISSAL
NO. 16-cv-05165-WHA